UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CASE NO. 5:22-CR-51 |
| KENNETH PHELPS | : |

## ORDER

The Court, having received the Government's Notice of Its Intent to Dismiss and having reviewed the same, hereby Orders that the charge against be dismissed without prejudice.

21 day of Sept, 2022.

TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE